1
2
3
4
5
6
7
8
9                      UNITED STATES DISTRICT COURT

10        CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

11
12
13
14

15   ANDREA BROWN,                    ) CV 07-02453-SH
                                      )
16                   Plaintiff,       )
                                      ) JUDGMENT
17     v.                             )
                                      )
18   MICHAEL J. ASTRUE,               )
     Commissioner of Social Security  )
19   Administration,                  )
                                      )
20                   Defendant.       )
     _____)

21        IT IS ADJUDGED that Judgment be entered in favor of the plaintiff, the

22   decision of the Commissioner is reversed and the matter is remanded  in accordance

23   with Sentence Four  of 42 U.S.C. § 405(g).

24   DATED: February 11, 2008

25

26                           _____/s/_____
                                    STEPHEN J. HILLMAN
27                         UNITED STATES MAGISTRATE JUDGE

28